| | |
|---|---|
| 1 | Steven T. Lowe, Esq. SBN 122208 |
| | steven@lowelaw.com |
| 2 | Kris LeFan, Esq., SBN 278611 |
| | kris@lowelaw.com |
| 3 | LOWE & ASSOCIATES, P.C. |
| | 11400 Olympic Blvd., Suite 640 |
| 4 | Los Angeles, CA 90064 |
| | Telephone: (310) 477-5811 |
| 5 | Facsimile: (310) 477-7672 |
| 6 | Hao Ni (*pro hac vice*) |
| | hni@nilawfirm.com |
| 7 | NI, WANG & MASSAND, PLLC |
| | 8140 Walnut Hill Lane, Suite 500 |
| 8 | Dallas, TX 75231 |
| | Telephone: (972) 331-4600 |
| 9 | Facsimile: (972) 314-0900 |

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC**, | |
| Plaintiff, | Case No. 4:15-cv-05488-PJH |
| v. | **PLAINTIFF BLUESTONE INNOVATIONS LLC'S ANSWER TO DEFENDANT WESTINGHOUSE LIGHTING CORPORATION'S COUNTERCLAIMS** |
| **WESTINGHOUSE LIGHTING CORPORATION**, | |
| Defendant. | |

Plaintiff, Bluestone Innovations LLC LLC ("Plaintiff"), answers the Counterclaims of Defendant Westinghouse Lighting Corporation ("Defendant") filed March 17, 2016 (Dkt. No. 24). Plaintiff answers the Counterclaims of Defendant by corresponding paragraph number as follows:

## COUNTERCLAIMS

1. Admitted.

2. Admitted.

## JURISDICTION AND VENUE

3. Plaintiff admits that these counterclaims purport to arise under 28 U.S.C. §§ 1331, 1367, 1338(a), 2201, and 2202.  Plaintiff further admits that this Court has subject matter jurisdiction in regards to Defendant's infringement of U.S. Patent No. 6, 163, 557 ("the '557 Patent") and that venue is proper in regards to Defendant's infringement of the '557 Patent.  Except as so admitted, the remaining allegations in paragraph 3 are denied.

4. Admitted.

## FACTUAL BACKGROUND

5. Admitted.

6. Denied.

7. Plaintiff admits that there is an actual case of controversy between the parties in regards to Defendant's infringement of the '557 Patent.

## COUNT ONE

### Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,163,557

8. Plaintiff restates and incorporates by reference the allegations of paragraphs 1 through 7 of these answers to Defendant's counterclaims.

9. Plaintiff admits that an actual case or controversy exists between Plaintiff and Defendant as to Defendant's infringement of the '557 Patent.

10. Denied.

11. Denied.

12. Denied.

## COUNT TWO

### Declaratory Judgment of Invalidity of U.S. Patent No. 6,163,557

13. Plaintiff restates and incorporates by reference the allegations of paragraphs 1 through 12 of these answers to Defendant's counterclaims.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

## PRAYER FOR RELIEF

Defendant's Prayer for Relief is an averment to which no responsive pleading is required pursuant to FED. R. CIV. P. 8(d) and is therefore denied.

Dated: April 7, 2016

NI, WANG & MASSAND, PLLC

By: */s/ Hao Ni*
HAO NI

Attorney for Plaintiff
BLUESTONE INNOVATIONS LLC

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on April 7, 2016, with a copy of this document via the Court's CM/ECF system.

*/s/ Hao Ni*
HAO NI

PLAINTIFF BLUESTONE INNOVATIONS LLC'S ANSWER TO DEFENDANT
WESTINGHOUSE LIGHTING CORPORATION'S COUNTERCLAIMS
Case No. 4:15-cv-05488-PJH