Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

Kevin R. Martin, Esq., SBN 176853
kevin@martinapc.com
MARTIN APC
1939 Harrison Street, Suite 290
Oakland, CA 94612
Telephone: (510) 457-0408

Howard Anderson (pro hac vice)
anderson.howard@sbcglobal.net
LAW OFFICE OF HOWARD ANDERSON
123 College Boulevard
San Antonio, TX 78209
Telephone: (210) 478-8921

*Attorneys for Defendant*
*Westinghouse Lighting Corporation*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>            Plaintiff,<br><br>v.<br><br>WESTINGHOUSE LIGHTING CORPORATION,<br><br>            Defendant. | Case No. 3:15-cv-05488-SI<br><br>~~[PROPOSED]~~ ORDER OF STIPULATION OF DISMISSAL<br><br>Hon. Susan Illston |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bluestone Innovations LLC ("Plaintiff") and Defendant Westinghouse Lighting Corporation ("Defendant,") parties to this legal action, by and through their attorneys, jointly moved for an order approving their Stipulation of Dismissal. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. All of the claims and counterclaims in this action between Plaintiff and Defendant are dismissed with prejudice; and

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

Signed this  3rd  day of January, 2017.

_____
United States District Court Judge